UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11250-AH-SSC                                    Date: January 12, 2026

Title   Henry Alas v. Roberto Arias

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

    On November 17, 2025, *pro se* Petitioner Henry Alas filed a Petition for Writ of Habeas Corpus against Respondent Roberto Arias. On December 9, 2025, the Court issued an Order Regarding Mixed Petition and ordered Petitioner to file a response selecting one of the options provided by the Court to remedy his petition no later than January 9, 2026. The deadline for filing a response has passed and the court has not received any response or any other communication from Petitioner.

    Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **January 26, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11250-AH-SSC                     Date: January 12, 2026

Title     Henry Alas v. Roberto Arias

complete and return the enclosed Notice of Dismissal form, CV-09, by **January 26, 2026**.

If Petitioner files a response to the Court's December 9, 2025 Order by **January 26, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

Petitioner is cautioned that failure to file a timely response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

:

Initials of Preparer    **ts**