## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11250-AH-SSC                    Date: April 10, 2026

Title       Henry Alas v. Roberto Arias

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |              n/a               |
| :---: | :---: |
|              Deputy Clerk              | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On November 17, 2025, *pro se* Petitioner Henry Alas filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 against Respondent Roberto Arias.  (ECF 1.)  On January 22, 2026, the Court ordered Respondent to file an answer to the petition or a motion to dismiss.  (ECF 10.)  On March 6, 2026, Respondent filed a motion to dismiss the petition.  (ECF 13.)  Petitioner was required to file an opposition or non-opposition to the motion to dismiss no later than April 8, 2026.  (ECF 10 at 3.)  The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11250-AH-SSC                    Date: April 10, 2026

Title       Henry Alas v. Roberto Arias

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **April 24, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **April 24, 2026**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **April 24, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                        :

Initials of Preparer        **ts**