UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:25-cv-11250-AH-SSC Date: August 19, 2026

Title Henry Alas v. Roberto Arias

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Granting Leave to Amend the Petition and Deeming ECF 18 as the First Amended Petition, Ordering Petitioner to Respond Regarding Exhaustion, and Ordering Respondent to Show Cause Why ECF 13 Should Not Be Denied as Moot**

On November 17, 2025, *pro se* Petitioner Henry Alas filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 against Respondent Roberto Arias. (ECF 1.) On March 6, 2026, Respondent moved to dismiss, arguing that none of the petition's grounds for relief is cognizable on federal habeas review. (ECF 13.) Specifically, Respondent argued that each of the four grounds in the petition raised only violations of state law and not "violation[s] of the Constitution or laws or treaties of the United States," § 2254(a), as required. (*Id.*) On April 13, 2026, Petitioner filed an opposition which

discussed only state-law violations, largely repeating the short petition. (ECF 16.) On May 6, 2026, Respondent filed a reply. (ECF 17.)

On August 3, 2026, without leave to do so, Petitioner filed another document, this one untitled and dated July 20, 2026. (ECF 18.) The document does not acknowledge Petitioner's prior opposition. Instead, it restates each of the four factual circumstances but this time categorizes each as a violation of the U.S. Constitution. (*Id.*) Petitioner also explicitly acknowledges that at least one ground in the original petition is not cognizable. (ECF 18 at 2) ("I admit that this claim violates state law and therefore is not cognizable on federal habeas but the trial court also violated my due process and right to a fair trial . . . .").

Courts have a duty to construe *pro se* habeas petitions liberally. *Zichko v. Idaho*, 247 F.3d 1015, 1020 (9th Cir. 2001). A *pro se* petition, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by attorneys. *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (per curiam). Accordingly, courts afford *pro se* habeas petitioners "the benefit of any doubt." *Brown v. Roe*, 279 F.3d 742, 746 (9th Cir. 2002). The Court also has discretion to permit leave to amend a petition *See Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008) ("Thus, we hold that the district court should have construed [the 2254 petitioner's] *pro se* habeas petition as a motion to amend his pending habeas petition. The district court then has the discretion to decide whether the motion to amend should be granted.").

Here, the Court construes ECF 18 as a request to amend the petition and exercises its discretion in GRANTING the request. The Clerk is directed to rename ECF 18 as the First Amended Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-11250-AH-SSC Date: August 19, 2026

Title Henry Alas v. Roberto Arias

Because the amended petition was not submitted using the district's pleading form, it is unclear whether Petitioner contends that each ground alleged therein is exhausted. *See Campbell v. Crist*, 647 F.2d 956, 957 (1981) (courts may raise exhaustion *sua sponte*). Therefore, no later than **September 25, 2026**, Petitioner must file a document stating whether he has exhausted each of the new constitutional claims in the first amended petition.

Finally, Respondent is ORDERED TO SHOW CAUSE in writing no later than **September 2, 2026**, why the motion to dismiss the original petition (ECF 13) should not be denied as moot. If Respondent withdraws the motion by the deadline, such withdrawal will be considered a sufficient response to this order and in the event that such is filed, Respondent need not respond to this order separately.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**